**William S. HODGES, Appellant, v. UNITED STATES of America, Appellee.**

No. 9807.

United States Court of Appeals District of Columbia Circuit.

Argued Jan. 31, 1949.

Decided Feb. 21, 1949.

Mr. John G. Saul, of Washington, D. C., for appellant.

Mr. L. Clark Ewing, Assistant United States Attorney, of Washington, D. C., with whom Messrs. George Morris Fay, United States Attorney, John C. Conliff, Jr., and John D. Lane, Assistant United States Attorneys, all of Washington, D. C., were on the brief, for appellee. Mr. Sidney S. Sachs, of Washington, D. C., also entered an appearance for appellee.

Before EDGERTON and WILBUR K. MILLER, Circuit Judges, and JENNINGS BAILEY, District Judge, sitting by designation.

PER CURIAM.

We find no prejudicial error in the record. The judgment of the District Court is therefore affirmed.